### JOHNSON et al. v. NORRIS et al.

(Circuit Court of Appeals, Fifth Circuit. October 2, 1911.)

#### No. 2,109.

Appeal from the District Court of the United States for the Southern District of Texas.

Petition by J. E. Johnson and others against F. O. Norris and others, trustees in bankruptcy of the firm of Vineyard, Walker & Co., for distribution of an alleged surplus in the hands of defendant as trustees for the payment of interest accruing subsequent to adjudication on claims otherwise paid in full. From an order denying such relief, petitioners appeal. Dismissed.

Walter F. Brown (Carothers & Brown, on the brief), for petitioners.

T. M. Kennerly and J. F. Walters (C. A. Warnken, Richard G. Maury, and Lane, Wolters & Storey, on the brief), for respondents.

Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

SHELBY, Circuit Judge. This case involves the same questions and record that are in the case of the same style that we have just decided (190 Fed. 459). The questions involved having been decided on the petition for revision, this appeal is:
Dismissed.